No. 8831. IN THE MATTER OF THE APPLICATION OF ROBERT SANDERS.

Decided May 21st, 1948.

The Court finds no merit in the application for writ of habeas corpus filed herein and

IT IS ORDERED that the writ be denied and the petition be dismissed.

> HUGH ADAIR,
> *Chief Justice,*
> I. W. CHOATE,
> FRED L. GIBSON,
> ALBERT H. ANGSTMAN,
> *Associate Justices.*